FILED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2397-DMS |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| JOEL SEGURA T/N, aka Antonio Medina, | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

<u>Count 1</u>

On or about __1/1990__, within the Southern District of California, defendant JOEL SEGURA T/N, aka Antonio Medina, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CEM:jam:San Diego
7/9/08

Count 2

On or about June 22, 2008, within the Southern District of California, defendant JOEL SEGURA T/N, aka Antonio Medina, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 7/22/8

KAREN P. HEWITT
United States Attorney

For [signature]
CALEB E. MASON
Assistant U.S. Attorney