UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 SEP -3 AM 8:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 08CR2397-DMS |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| JOEL SEGURA, | |
| 10066298       Defendant. | |

FILED
SEP - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: _8 USC 1325 - ILLEGAL ENTRY (Misdemeanor); 8 USC 1325 - ILLEGAL ENTRY_

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 08/29/08

_____
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

I have executed within _Judgment of dismissal_ ENTERED ON _8/29/08_
~~Judgement and Commitment~~ on _9/5/08_
United States Marshal
By: _____
USMS Criminal Section